**ORIGINAL** CV 14 7530

FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.
☆ DEC 2 2 2014 ☆
BROOKLYN OFFICE

**CIVIL RIGHTS COMPLAINT**
**42 U.S.C. § 1983**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GLEESON, J.
BLOOM, M.J.

-----------------------------------------------x

_Nagibe Al-haj_.
Full name of plaintiff/prisoner ID#

Plaintiff,

JURY TRIAL DEMAND
YES_____   NO ✓

-against-

_Kirby Forensic psychiatric center_

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.

-----------------------------------------------x

I.  Previous Lawsuits:

  A.  Have you begun other lawsuits in state or federal court
      dealing with the same facts involved in this action or
      otherwise relating to your imprisonment? Yes ( ) No (✗)

  B.  If your answer to A is yes, describe each lawsuit in the space below
      (If there is more than one lawsuit, describe the additional lawsuits
      on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

          Plaintiffs:      _____
                           _____

          Defendants:      _____
                           _____

      2. Court (if federal court, name the district;
         if state court, name the county)
         _____

      3. Docket Number: _____

1

ORIGINAL

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II.    Place of Present Confinement: __Rizby Forensic Psychiatric Center__
       __600 E 125ᵗʰ st NEW YORK NY 10035__

A. Is there a prisoner grievance procedure in this institution? Yes ( ) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?  Yes (✓)   No ( )

C. If your answer is YES,

   1. What steps did you take? __Spoke to my lawyer__
   __and the hospital dietician. Also__
   __spoke to the emam.__
   2. What was the result? __Nothing. They said they__
   __can not afford this type of meal (Hallel)__

D. If your answer is NO, explain why not _____

_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( )   No ( )

F. If your answer is YES,

   1. What steps did you take? _____

   _____

   _____

   2. What was the result? _____

   _____

III.   Parties:

(In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff Nagibe Al-Haj

Address K.F.P.C Wards Island NY 10035

(In item B below, place the full name and address of each defendant)

B.  List all defendants' names and the addresses at which each defendant may be served.  Plaintiff must provide the address for each defendant named.

Defendant No. 1        Kirby Forensic Psychiatric Center Wards Island N.Y 10035

Defendant No. 2

Defendant No. 3

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

2

IV.     Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as
well as the location where the events occurred.  Include the names of each defendant and state
how each person named was involved in the event you are claiming violated your rights.  You
need not give any legal arguments or cite to cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  You may use additional
8 ½ by 11 sheets of paper as necessary.)

I have been incarcerated at Kirby Forensic
Psychiatric Center since June 20/2016   I am
a religous Muslim and require Halal
food.  I have requested repeatedly
for Halal food.  I still am not receiving
it.

IV. A        If you are claiming injuries as a result of the events you are complaining about,
             describe your injuries and state what medical treatment you required.  Was
             medical treatment received?

I am being denied my right
to practice my religion.  Islam
requires me to eat Halal food.
I cannot properly practice my religion.

4

V.    Relief:

State what relief you are seeking if you prevail on your complaint.

I would like monetary damages for all the time I have not received. Halal food. I would also like to begin receiving the Halal food my religion requires.

I declare under penalty of perjury that on ___12/18/14___, I delivered this
                                                (Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this ___18th___ day of ___December___, 20_14_. I declare under penalty of

perjury that the foregoing is true and correct.

Sworn to me
this day Dec. 12, 2014

_Nagibe Al-haj_
Signature of Plaintiff

_Kirby Forensic Psychiatric Center_
Name of Prison Facility

_600 East 125th St._

_Wards Island NY 10035_

Address

_____
Prisoner ID#

DAVID TULL
NOTARY PUBLIC, State of New York
No. 02TU6110074
Qualified in Kings County
Commission Expires May 24, 20_16_